AO 240A

# UNITED STATES DISTRICT COURT

District of New Jersey

WILLIAM R. THOMPSON,

                Plaintiff

              V.

THE FRAUD WITHIN THE
N.J. VA HEALTHCARE SYSTEM,

                Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 11-3498(SDW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

☐ The clerk is directed to file the complaint, and

☐     IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: *Plaintiff fails to state a claim upon which relief may be granted. Plaintiff shall fill an Amended Complaint and Affidavit supporting Non-payment of fees by July 30, 2011. Failure to file will result in the closing of this matter.*

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this _____20th_____ day of _____June_____, 2011

_____
Signature of Judicial Officer

_____
Name and title of Judicial Officer