AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

WILLIAM ROBERT THOMPSON

        Plaintiff

V.

THE VA HEALTHCARE SYSTEM, et al

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 11-3498 (SDW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐   GRANTED, and

    ☐ The clerk is directed to file the complaint,   and

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: Plaintiff has not filed an amended Complaint. The claims upon which Plaintiff seeks relief are unclear. Plaintiff shall file an amended Complaint as set forth in this Court's Order dated June 20, 2011. Amended Complaint must be filed by August 12, 2011. Failure to file will result in the dismissal of this case.

ENTER this 11th day of July, 2011

                              Signature of Judicial Officer

                              Susan D. Wigenton , U.S.D.J.
                              Name and title of Judicial Officer